# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHARI REID | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 22-3645 |
| ARIELLE HYPPOLITE | : | |

## ORDER

**AND NOW**, this 26th day of April, 2024, upon consideration of Plaintiff's Motion for Partial Summary Judgment (ECF No. 24), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED**.

BY THE COURT:


 */s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**